THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA SUBIA, an individual,<br>Plaintiff,<br>v.<br>WALMART, INC., a corporation; DOES 1 through 20, Inclusive,<br>Defendants. | Case No.: 1:26-cv-04903-KES-EPG<br>*[Fresno County Superior Court Case No.: 26CECG01006]*<br>**ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**<br>Complaint Filed: February 26, 2026 |

The Court, having read and considered the Parties' Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and to Remand, hereby ORDERS as follows:

## I. BACKGROUND

On February 26, 2026, Plaintiff filed a Complaint for personal injury against Defendant Walmart Inc. in the Superior Court for the State of California, County of Fresno, Case No. 26CECG01006.

Plaintiff, a resident of California, claims personal injuries and damages against Defendant Walmart Inc., an Arkansas Corporation, as a result of an alleged incident that occurred on or about September 1, 2025, at a Walmart store located in the County of Fresno, State of California.

The Parties have agreed and stipulated to limit any and all recovery of damages

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

by plaintiff Gloria Subia to $75,000.00, exclusive of costs of suit or interest, as evidenced by the Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and To Remand. Accordingly, the Parties requested an order from this Court remanding the case to the Superior Court of California for the County of Fresno.

## II. ORDER OF THE COURT

1. Plaintiff's total recovery, if any, from Defendant WALMART INC., for any injuries, damages, harms, or losses resulting from the alleged incident that occurred on Defendant's premises on or about September 1, 2025, and which are the subject of the within action (including formerly Fresno County Superior Court Case No.: 26CECG01006) (the "Litigation"), including but not limited to economic and non-economic damages, exclusive of any award of costs of suit or interest, is hereby capped at $75,000.00.

2. If any judgment or award, entered in her favor and against Defendant Walmart Inc., in the Litigation should exceed $75,000.00, exclusive of any award of costs of suit or interest, Plaintiff has knowingly and voluntarily waived the right to claim that portion of her final judgment or award which exceeds $75,000.00.

3. Should any judgment or award, exclusive of any award of costs of suit or interest be entered in her favor and against Defendant Walmart Inc. in the Litigation, in excess of $75,000.00, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $75,000.00, and Plaintiff is barred from executing on any amount of the award or judgment in excess of $75,000.00.

4. Pursuant to the Parties' Stipulation to cap damages and remand, this action is remanded to the Fresno County Superior Court.

5. All pending dates in the Federal action are hereby vacated.

6. This action is remanded to the Fresno County Superior Court.

///

///

///

7. The Clerk of the Court shall mail a certified copy of this order to the Fresno County Superior Court.

8. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 3, 2026

UNITED STATES DISTRICT JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221